No. 75–833.  GALAS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 75–835.  FISHER v. USERY, SECRETARY OF LABOR, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 75–843.  BENISH ET AL. v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 75–859.  ROWBOTHAM v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–874.  WHITE ET AL. v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 75–879.  J. H. RUTTER REX MANUFACTURING CO., INC. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–924.  DICKSON v. FORD, PRESIDENT OF THE UNITED STATES, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 75–947.  ATLANTIC MARINE, INC. v. JIG III CORP. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 75–956.  PACK ET AL. v. TENNESSEE EX REL. SWANN, DISTRICT ATTORNEY GENERAL.  Sup. Ct. Tenn. Certiorari denied.

No. 75–980.  DIFCO LABORATORIES, INC. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 6th Cir.  Certiorari denied.